UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| SEAH STEEL VINA CORPORATION, )<br>                                        Plaintiff, )<br>                 v. )<br>UNITED STATES, )<br>                                        Defendant, )<br>                and )<br>BULL MOOSE TUBE COMPANY;<br>MARUICHI AMERICAN CORPORATION;<br>WHEATLAND TUBE COMPANY; UNITED STEEL,<br>PAPER AND FORESTRY, RUBBER,<br>MANUFACTURING, ENERGY, ALLIED<br>INDUSTRIAL AND SERVICE WORKERS<br>INTERNATIONAL UNION, AFL-CIO, CLC;<br>NUCOR TUBULAR PRODUCTS INC., )<br>                       Defendant-Intervenors ) | Court No. 23-00256 |
| SEAH STEEL VINA CORPORATION, )<br>                                          Plaintiff, )<br>                 v. )<br>UNITED STATES, )<br>                                        Defendant, )<br>                and )<br>BULL MOOSE TUBE COMPANY;<br>MARUICHI AMERICAN CORPORATION;<br>WHEATLAND TUBE COMPANY; UNITED STEEL,<br>PAPER AND FORESTRY, RUBBER,<br>MANUFACTURING, ENERGY, ALLIED<br>INDUSTRIAL AND SERVICE WORKERS<br>INTERNATIONAL UNION, AFL-CIO, CLC;<br>NUCOR TUBULAR PRODUCTS INC., )<br>                       Defendant-Intervenors ) | Court No. 23-00257 |

| | |
|---|---|
| SeAH Steel VINA Corporation,<br>                     Plaintiff,<br>       v.<br>United States,<br>                     Defendant,<br>              and<br>Bull Moose Tube Company;<br>Maruichi American Corporation;<br>Wheatland Tube Company; United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, CLC; Nucor Tubular Products Inc.,<br>                Defendant-Intervenors. | Court No. 23-00258 |

## Order

Upon consideration of the Defendant-Intervenors' Motion to Consolidate and all other papers and proceedings herein, and upon due deliberation, it is hereby

ORDERED that the Motion is GRANTED IN PART, and it is further

ORDERED that *SeAH Steel VINA Corporation v. United States* (Court No. 23-256), *SeAH Steel VINA Corporation v. United States* (Court No. 23-257), and *SeAH Steel VINA Corporation v. United States* (Court No. 23-258) are hereby consolidated into *SeAH Steel VINA Corporation v. United States*, Consol. Court No. 23-256 for the limited purposes of briefing and argument; and it is further

ORDERED that the joint appendix in each appeal shall be prepared and submitted to the Court separately.

    SO ORDERED.

Signed: _____
       Stephen Alexander Vaden, Judge

Dated: _____
       New York, NY

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| SEAH STEEL VINA CORPORATION, <br><br>                    Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>                    Defendant, <br><br> and <br><br> BULL MOOSE TUBE COMPANY; MARUICHI AMERICAN CORPORATION; WHEATLAND TUBE COMPANY; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC; NUCOR TUBULAR PRODUCTS INC., <br><br>                    Defendant-Intervenors | Court No. 23-00256 |
| SEAH STEEL VINA CORPORATION, <br><br>                    Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br>                    Defendant, <br><br> and <br><br> BULL MOOSE TUBE COMPANY; MARUICHI AMERICAN CORPORATION; WHEATLAND TUBE COMPANY; UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, CLC; NUCOR TUBULAR PRODUCTS INC., <br><br>                    Defendant-Intervenors | Court No. 23-00257 |

| | |
|---|---|
| SeAH Steel VINA Corporation,<br><br>                                     Plaintiff,<br><br>           v.<br><br>United States,<br><br>                                     Defendant,<br><br>           and<br><br>Bull Moose Tube Company;<br>Maruichi American Corporation;<br>Wheatland Tube Company; United Steel,<br>Paper and Forestry, Rubber,<br>Manufacturing, Energy, Allied<br>Industrial and Service Workers<br>International Union, AFL-CIO, CLC;<br>Nucor Tubular Products Inc.,<br><br>                                     Defendant-Intervenors. | Court No. 23-00258 |

<u>Plaintiff's Response to Motion to Consolidate</u>

On behalf of Plaintiff SeAH Steel VINA Corporation ("SeAH VINA"), we are writing in response to the motion filed by Defendant-Intervenors on March 20, 2024 to consolidate *SeAH Steel VINA Corporation v. United States* (Court No. 23-256) with *SeAH Steel VINA Corporation v. United States* (Court No. 23-257) and *SeAH Steel VINA Corporation v. United States* (Court No. 23-258). As indicated in the parties' March 15 Joint Status Report and Proposed Briefing Schedule, SeAH VINA believes that the three appeals should be consolidated but only for the purposes of briefing and argument, while the joint appendix for each appeal should be prepared and submitted separately.

     As an initial matter, each of the above-captioned appeal challenges a separate determination made by the Department of Commerce and each is based on a separate set of record. SeAH VINA agrees with Defendant-Intervenors that these appeals share common issues of law. As such, SeAH VINA believes that the consolidation of these three appeals

will promote judicial efficiency and is appropriate under the standard set forth in this Court's rule 42(a). However, each appeal is based on a separate administrative record, which contains business proprietary information, and is governed by a separate administrative protective order. As such, SeAH VINA believes that in order to avoid unnecessary confusion during the pendency of these appeals, the joint appendix in each appeal should be prepared and filed separately. Therefore, SeAH VINA respectfully requests that the above-captioned appeals be consolidated only for the purposes of briefing and argument, while the joint appendix in each appeal will be prepared and submitted separately.

Respectfully submitted,

/s/ Jeffrey M. Winton

Jeffrey M. Winton
Vi Mai
WINTON & CHAPMAN PLLC
1100 13th Street, N.W., Suite 825
Washington, D.C. 20005
(202) 774-5500

Attorneys for Plaintiff

April 5, 2024