

**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

April 30, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:     Redetermination Pursuant to Court Remand Order in
         *SeAH Steel VINA Corporation v. United States*, Court No. 23-00258

Dear Ms. Justice:

Pursuant to the Court's orders of December 16, 2025 and March 10, 2026, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action.  The remand redetermination is a business proprietary document.  I am also filing a public version of the remand redetermination.

In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover.  Should you have any questions concerning the matter, please contact me at (202) 482-6035.

Respectfully submitted,


/s Vania Wang
Vania Wang
Attorney
Office of the Chief Counsel
   for Trade Enforcement & Compliance


Attachment

Ms. Gina Justice
April 30, 2026
Page 2

cc:

Tate Nathan Walker
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC  20530
tate.walker@usdoj.gov

Jeffrey Michael Winton
Winton & Chapman PLLC
1100 13th Street, NW
Suite 825
Washington, DC 20005
jwinton@jmwinton.com

Roger Brian Schagrin
Schagrin Associates
900 Seventh Street, NW
Suite 500
Washington, DC 20001
rschagrin@schagrinassociates.com

Alan Hayden Price
Wiley Rein, LLP
2050 M Street, NW
Washington, DC 20036
aprice@wiley.law